

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JESSICA ALYSE MORENO, | § | No. 08-23-00288-CV |
| Appellant, | § | Appeal from the |
| v. | § | the 57th District Court |
| ZAPP CREDIT SOLUTIONS OF SAN ANTONIO, LLC, and RUBEN VICTOR JUAREZ, JR., | § | of Bexar County, Texas |
| | § | (TC#2022-CI-24860) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF JANUARY 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.